**No. 09-9968. Durrell Liggins, Petitioner v. United States.**

559 U.S. 1116, 130 S. Ct. 2424, 176 L. Ed. 2d 941, 2010 U.S. LEXIS 3866.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice So-

tomayor took no part in the consideration or decision of this petition.

Same case below, 359 Fed. Appx. 266.